SEALED

**ORDERED UNSEALED on 04/07/2026 s/ RC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR VILLALOBOS IRIARTE,<br>Defendant. | Case No.: **26-MJ-1882**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Secs. 922(a)(6) and 924(a)(2) – False and Fictitious Statement to a Licensed Firearm Dealer; Title 18, U.S.C., Secs. 922(a)(1)(A) and 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about September 3, 2025, within the Southern District of California, Oscar VILLALOBOS IRIARTE, in connection with the acquisition of a Girsan 9mm handgun bearing serial number T636825GF01702 from Turner's Outdoorsman, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made and furnished a false and fictitious written statement to the licensed dealer intended and likely to deceive the dealer, as to a fact material to the lawfulness of such of the said firearm to the defendant under Chapter 44, Title 18 United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the Girsan 9mm handgun bearing serial number T636825GF01702 indicated on the Form 4473, when in fact as the defendant then knew, he was acquiring that firearm for sale to third-parties; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT TWO

Beginning on a date unknown but no later than June 19, 2025, and continuing through September 17, 2025, within the Southern District of California, defendant Oscar VILLALOBOS IRIARTE, not being a licensed dealer of firearms within the meaning of

Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

Skyeler Antonino
Special Agent, ATF

Sworn to me and subscribed in my presence this 2nd day of April, 2026.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

**September 3, 2025: VILLALOBOS fills out a Form 4473 at a San Diego FFL.**

On September 3, 2025, Oscar VILLALOBOS IRIARTE completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 ("Form 4473") at Turner's Outdoorsman located at 8199 Clairemont Mesa Boulevard, which is within the Southern District of California. Turner's Outdoorsman is a federal firearms licensee (FFL). VILLALOBOS completed the Form 4473 as part of an application to purchase four firearms from Turner's, including a Girsan 9mm handgun bearing serial number T636825GF01702. The top of the Form 4473 includes the following written warning:

> **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. § 921 et. seq., are punishable by up to 15 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Following that warning, VILLALOBOS made statements in Section B of Form 4473 concerning the lawfulness of his acquisition of the Girsan 9mm handgun from Turner's. VILLALBOS' statements to Turner's included responding to the Form 4473's question of whether he (VILLALOBOS) was the actual buyer of the firearms. As part of that question, VILLALOBOS was separately warned that if he was not the actual buyer, Turner's could not sell him the firearms. As shown below, VILLALOBOS stated to Turner's that he was the actual buyer of the firearms and that the firearms he sought to purchase from Turner's were not for anyone else:

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
| --- | --- | --- |
| a. Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |

At the end of the Form 4473, VILLALOBOS was again warned that falsely claiming he was the actual buyer/transferee of the firearms was a federal felony offense. Immediately following that warning, VILLALOBOS certified his answers on the Form 4473 were true, accurate, and complete. VILLALOBOS then signed the Form 4473 on September 3, 2025, as shown below:


I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.l. as well as 21.n. is prohibited from receiving, possessing, or purchasing a firearm. I understand that a person who answers "yes" to question 21.m.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.m.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date Month | Day | Year |
|---|---|---|---|
| | 09 | 3 | 2025 |

Before leaving Turner's, VILLALOBOS completed part of an invoice for the firearms purchase, indicating September 13, 2025, was the earliest date he could return to pick up the firearms. VILLALOBOS agreed to purchase the Girsan firearm from Turner's for approximately $818.98.

**September 17, 2025: VILLALOBOS recieves the Girsan handgun from Turner's.**

VILLALOBOS returned to Turner's on September 17, 2025 to pick up the firearms he applied to purchase on September 3, 2025. Based on the statements VILLALOBOS made on the Form 4473, Turner's approved the sale of the four firearms to him, including the Girsan 9mm handgun bearing serial number T636825GF01702. Surveillance cameras at Turner's recorded VILLALOBOS completing the sale and exiting the FFL at approximately 4:45 p.m. holding the four firearms he agreed to purchase on September 3, 2025. VILLALOBOS was positively identified from Turner's surveillance video footage by comparison to his California Driver's license photos as well as his identifiers (date of birth, height, weight, and alien registration number) provided to Turner's on the Form 4473.






*Still images of Turner Outdoorsman's Surveillance on September 17, 2025 of VILLALOBOS picking up the firearm (left) and leaving Turner's Outdoorsman with the firearm (right)*

**September 24, 2025: The Girsan firearm VILLALOBOS purchased is recovered during a search of Marcial Real's residence.**

On September 24, 2025, investigators with the San Diego Police Department and Drug Enforcement Administration executed a residential search warrant at 3545 42nd Street #B, which is within the Southern District of California in reference to an investigation Marcial Real. During a search of the residence, multiple firearms were recovered, including the 9mm Girsan handgun bearing serial number T636825GF01702, which VILLALOBOS had obtained just seven days before at Turner's.

**ATF's investigation revealed VILLALOBOS was operating as an unlicensed firearms dealer for months before completing the Form 4473 at Turner's.**

Real's cell phone was seized as part of the residential search warrant, and a state search warrant was obtained for Real's phone. A search of Real's phone included text message conversations with VILLALOBOS. In those messages, VILLALOBOS communicated with Real using a phone number ending in 4790. The 4790 phone number used by VILLALOBOS in the text messages with Real is the same phone number VILLALOBOS provided to Turner's in connection with his prior firearm purchases.

In several of those messages with Real, VILLALOBOS offers to sell Real firearms. Specifically, between June 19, 2025 and September 17, 2025, VILLALOBOS offers to sell Real no less than eight firearms, including handguns, revolvers, and rifle-style firearms. For example, on September 17, 2025 at approximately 4:52 p.m.—7 minutes after he was recorded leaving Turner's—VILLALOBOS texted Real a photograph of the Girsan firearm and offered to sell it to Real for $1,500. In response, Real offered to purchase it for $1,200 and VILLALOBOS and Real appeared to meet up shortly thereafter to complete the purchase. As part of those messages, VILLALOBOS sent Real a photograph of the Girsan firearm, clearly displaying the firearms' serial number.

//

//

//




*Image VILLALOBOS sent to Real on September 17, 2025 at 4:52 p.m. (left) and close-up of the serial number T636825GF01702 displayed in that photograph (right)*

The investigation showed this sale was ultimately completed as this firearm was recovered from Real's residence on September 24, 2025—seven days after VILLALOBOS' messages offering to Real for sale. And that sale, even if sold to Real at his requested price of $1,200 represented a roughly $380 profit to VILLALOBOS on that one firearm alone. Messages between VILLALOBOS and Real between June 2025 and September 2025 included similar prices quotes from VILLALOBOS to Real. For example, VILLALOBOS offered to sell Real a rifle for $2,000, a different 9mm firearm for $1,500, and multiple firearms for $3,000.

The investigation further revealed that VILLALOBOS was not the actual purchaser of the Girsan 9mm firearm bearing serial number T636825GF01702. Moreover, VILLALOBOS, knew he was not the actual purchaser and was warned that it was unlawful for Turner's as an FFL to sell him the firearm if he was not the actual buyer. Thus, VILLALOBOS' false statement that he was the actual buyer of the Girsan firearm was made to influence Turner's into believing that the Girsan firearm could be lawfully sold to VILLALOBOS.

Additionally, ATF Special Agents have conducted a query of VILLALOBOS. The

query determined VILLALOBOS does not currently, nor has ever held, a Federal Firearms License to sell firearms. The investigation is ongoing.