**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR VILLALOBOS IRIARTE,<br>Defendant. | Case No.: 26-cr-01690-JAH<br>**I N F O R M A T I O N**<br>Title 18, U.S.C., Secs. 922(a)(6) and 924 (a)(2) – False and Fictitious Statement to a Licensed Firearm Dealer; Title 18, U.S.C., Secs. 922(a)(1)(A) and 924(a)(1)(D)- Engaging in the Business of Dealing Firearms Without a License (Felony) |

The United States Attorney charges:

Count 1

On or about September 3, 2025, within the Southern District of California, defendant, OSCAR VILLALOBOS IRIARTE, in connection with the acquisition of a Girsan 9mm handgun bearing serial number T636825GF01702 from Turner's Outdoorsman, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made and furnished a false and fictious written statement to the licensed dealer intended and likely to deceive the dealer, as to a fact material to the lawfulness of the said firearm to the defendant under Chapter 44, Title 18 United States Code, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco,

Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the Girsan 9mm handgun bearing serial number T636825GF01702 indicated on the Form 4473, when in fact as the defendant then knew, he was acquiring that firearm for sale to third-parties; in violation of Title 18, United States Code, sections 922(a)(6) and 924(a)(2).

Count 2

Beginning on a date unknown but no later than June 19, 2025, and continuing through September 17, 2025, within the Southern District of California, defendant OSCAR VILLALOBOS IRIARTE, not being a licensed firearms dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

FORFEITURE ALLEGATIONS

Upon conviction of the offenses alleged in this Information, defendant OSCAR VILLALOBOS IRIARTE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including but not limited to the following:

(a) Girsan 9mm handgun bearing serial number T636825GF01702;

(b) Glock 29SF handgun bearing serial number CEVY502;

(c) Glock 9mm 26 handgun bearing serial number CDLB826;

(d) Glock .45 caliber bearing serial number CDZU085;

(e) Smith & Wesson .40 caliber M&P Shield bearing serial number JPS0532;

(f) Smith & Wesson Bodyguard .38 caliber bearing serial number DNN3175;

(g) Smith & Wesson .45 caliber bearing serial number JRJ7464;

(h) Smith & Wesson 9mm M&P9 Shield bearing serial number HUD2589;

(i) Istanbul Silah Wildcat .22 caliber bearing serial number TF61423M42619;

(j) Charter 2000 .38 caliber bearing serial number 24F02732;

(k) Sauer 9mm bearing serial number 66G238845

(l) North American Arms .22 caliber bearing serial number L274886;

(m) North American Arms .22 caliber bearing serial number Y9969;

(n) Seecamp .32 caliber bearing serial number JW9867;

(o) Mossberg Shotgun bearing serial number V1898109;

(p) Mossberg Maverick Shotgun bearing serial number MV0930994;

(q) Taurus .38 caliber bearing serial number AEC173040;

(r) Armscor Precision .38 caliber bearing serial number RIA2686406;

(s) Armscor Precision .38 caliber bearing serial number RIA1941693;

(t) Armscor Precision .38 caliber bearing serial number RIA1990272;

(u) Springfield Armory .40 caliber bearing serial number BE181198;

(v) Henry Repeating Rifle .22 caliber bearing serial number GB840595;

(w) Euro American Amory .38 caliber bearing serial number 17795452;

//

//

DATED: 5/4/2026.

ADAM GORDON
United States Attorney

*Bianca Calderon-Peñaloza*
BIANCA CALDERON-PEÑALOZA
Assistant U.S. Attorney